IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 26-4105 |
| | ) | |
| DILQUON BEST, | ) | |
| | ) | |
| Appellant. | ) | |

## **APPELLANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF BRIEFING ORDER**

Now comes the Court's appointed counsel for Appellant Dilquon Best ("Best") and moves for a 32-day extension of the July 27, 2026, filing deadline of his Opening Brief and Joint Appendix. This motion rests on the grounds that follow:

1.     Work on this appeal is proving unusually time consuming. Counsel did not represent Best at trial, which lasted approximately 16 days in front of a jury.

2.     Counsel has read transcripts of the motions hearings, the trial itself, and sentencing and conducted legal research but he has not had a sufficient opportunity to discuss his assessment with Mr. Best. A telephone conference scheduled for July 10, 2026, did not occur on account of logistical issues at the federal facility where Mr. Best is imprisoned.

3.     The United States does not oppose this second motion for an enlargement of the Court's briefing schedule.

Wherefore, Appellant D. Best through his appointed counsel prays for an enlargement of his deadline for filing the Joint Appendix and Opening Brief of Appellant to August 28, 2026.

DILQUON BEST

By: /s/ Paul G. Beers
　　　　　　　Of Counsel

Paul G. Beers (VSB No. 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
Post Office Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8035
Facsimile: (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Dilquon Best

## Certificate of Service

I hereby certify that on July 13, 2026, I electronically filed the foregoing Appellant's Second Unopposed Motion for Enlargement of Briefing Order with the Clerk of the Court using the CM/ECF system, which will send a notification to such filing to all counsel of record.

s/Paul G. Beers
Paul G. Beers