**No. 26-4105**

# United States Court of Appeals
*for the*
# Fourth Circuit

UNITED STATES OF AMERICA,

*Plaintiff/Appellee,*

– v. –

DILQUON BEST, a/k/a Quon, a/k/a DQ,

*Defendant/Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA AT NEWPORT NEWS

# JOINT APPENDIX
# VOLUME 10 OF 11 – MEDIA
# (PAGES 3637-3647)

PAUL G. BEERS
GLENN, FELDMANN,
DARBY & GOODLATTE
Post Office Box 2887
Roanoke, Virginia 24001
(540) 224-8035

*Counsel for Appellant*

Lauren N. Beebe
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

Eric M. Hurt
OFFICE OF THE U.S. ATTORNEY
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
(757) 591-4000

*Counsel for Appellee*

COUNSEL PRESS (800) 4-APPEAL • [815650]

## TABLE OF CONTENTS

**VOLUME 1 OF 11**
**(DECISIONS ON APPEAL)**

Judgment in a Criminal Case
filed February 18, 2026 ........ JA1

**VOLUME 2 OF 11**

District Court Docket Sheet ........ JA8

Amended Second Superseding Indictment
filed July 7, 2025 ........ JA29

Transcript of Jury Trial, Day 1 (Voir Dire), before
The Honorable Arenda L. Wright Allen
on July 8, 2025 ........ JA176

**VOLUME 3 OF 11**

Transcript of Jury Trial, Day 2, before
The Honorable Arenda L. Wright Allen
on July 9, 2025 ........ JA436

Testimony of Dana Dasher:
Direct Examination by Mr. Hurt ........ JA508
Cross Examination by Mr. Weiner ........ JA566
Cross Examination by Mr. Connell ........ JA601
Cross Examination by Mr. Miller ........ JA616
Redirect Examination by Mr. Hurt ........ JA617
Recross Examination by Mr. Connell ........ JA624
Recross Examination by Mr. Weiner ........ JA626

Testimony of Carol Miller:
Direct Examination by Mr. Bresnahan ........ JA629
Cross Examination by Mr. Weiner ........ JA639
Cross Examination by Mr. Miller ........ JA646

Testimony of Natalie Mitchell:
Direct Examination by Mr. Hurt ........ JA647
Cross Examination by Mr. Weiner ........ JA668
Cross Examination by Mr. Connell ........ JA669

Transcript of Jury Trial, Day 3, before
The Honorable Arenda L. Wright Allen
on July 10, 2025 ........ JA673

Testimony of Zuri Reeves:
Direct Examination by Mr. Bresnahan ........ JA690
Cross Examination by Mr. Weiner ........ JA771
Cross Examination by Mr. Connell ........ JA878
Cross Examination by Mr. Johnson, Pro Se ........ JA917

**VOLUME 4 OF 11**

Transcript of Jury Trial, Day 4, before
The Honorable Arenda L. Wright Allen
on July 11, 2025 ........ JA932

Testimony of Zuri Reeves (Resumed):
Redirect Examination by Mr. Bresnahan ........ JA948
Recross Examination by Mr. Johnson, Pro Se ........ JA949

Testimony of John Cerdan:
Direct Examination by Mr. Hurt ........ JA950
Cross Examination by Mr. Weiner ........ JA967
Cross Examination by Mr. Connell ........ JA969
Cross Examination by Mr. Johnson, Pro Se ........ JA972
Redirect Examination by Mr. Hurt ........ JA986
Recross Examination by Mr. Johnson, Pro Se ........ JA987

Testimony of Patrick Briant:
Direct Examination by Mr. Bresnahan ........ JA988
Cross Examination by Mr. Weiner ........ JA998
Cross Examination by Mr. Connell ........ JA998

Testimony of Testimony of Andrew Mondi:
Direct Examination by Mr. Hurt ........ JA1001
Cross Examination by Mr. Weiner ........ JA1010
Cross Examination by Mr. Connell ........ JA1012
Redirect Examination by Mr. Hurt ........ JA1015
Recross Examination by Mr. Connell ........ JA1016

Testimony of Christopher Ballard:
Direct Examination by Mr. Bresnahan ........ JA1017
Cross Examination by Mr. Weiner ........ JA1022
Redirect Examination by Mr. Bresnahan ........ JA1023

Testimony of Tony Griffin:
Direct Examination by Mr. Hurt ........ JA1024
Cross Examination by Mr. Weiner ........ JA1037

Testimony of Carl Rodrigues:
Direct Examination by Mr. Bresnahan ........ JA1038
Cross-Examination by Mr. Weiner ........ JA1051

Testimony of Jay Egami:
Direct Examination by Mr. Bresnahan ........ JA1054
Cross Examination by Mr. Weiner ........ JA1065
Cross Examination by Mr. Connell ........ JA1065
Redirect Examination by Mr. Bresnahan ........ JA1069

Testimony of Korea Woods:
Direct Examination by Mr. Hurt ........ JA1080
Cross Examination by Mr. Weiner ........ JA1098
Cross Examination by Mr. Connell ........ JA1098
Cross Examination by Mr. Johnson, Pro Se ........ JA1105

Testimony of Brandon Martin:
Direct Examination by Mr. Hurt ........ JA1106
Cross Examination by Mr. Weiner ........ JA1163

Transcript of Jury Trial, Day 5, before
The Honorable Arenda L. Wright Allen
on July 14, 2025 .................... JA1172

Testimony of Brandon Martin:
Cross Examination (Resumed) by Mr. Weiner .................... JA1177
Cross Examination by Mr. Connell .................... JA1192
Cross Examination by Mr. Miller .................... JA1199
Cross Examination by Mr. Johnson, Pro Se .................... JA1200
Redirect Examination by Mr. Hurt .................... JA1204
Recross Examination by Mr. Weiner .................... JA1210
Further Redirect Examination by Mr. Hurt .................... JA1214
Further Recross Examination by Mr. Weiner .................... JA1220

Testimony of Logan Saunders:
Direct Examination by Mr. Bresnahan .................... JA1224
Cross Examination by Mr. Weiner .................... JA1234

Testimony of Zyna Ujunwa:
Direct Examination by Mr. Hurt .................... JA1236
Cross Examination by Mr. Weiner .................... JA1248
Cross Examination by Mr. Johnson, Pro Se .................... JA1248

Testimony of Jeffrey Godsey:
Direct Examination by Mr. Bresnahan .................... JA1249
Cross Examination by Mr. Weiner .................... JA1262
Cross Examination by Mr. Connell .................... JA1263

Testimony of Desirae Maldonado:
Direct Examination by Mr. Hurt .................... JA1267
Cross Examination by Mr. Weiner .................... JA1280

Testimony of Nyra Taylor:
Direct Examination by Mr. Hurt .................... JA1282
Cross Examination by Mr. Weiner .................... JA1292

Testimony of Dontae Dozier:
Direct Examination by Mr. Hurt ........ JA1311
Cross Examination by Mr. Weiner ........ JA1352
Cross Examination by Mr. Connell ........ JA1374
Cross Examination by Mr. Miller ........ JA1383
Cross Examination by Mr. Johnson, Pro Se ........ JA1385
Redirect Examination by Mr. Hurt ........ JA1386
Recross Examination by Mr. Weiner ........ JA1389
Further Redirect Examination by Mr. Hurt ........ JA1391
Further Recross Examination by Mr. Weiner ........ JA1392

Testimony of Andrew Amarillo:
Direct Examination by Mr. Bresnahan ........ JA1393
Voir Dire Examination by Mr. Weiner ........ JA1400
Voir Dire Examination by Mr. Connell ........ JA1404
Direct Exam (Resumed) by Mr. Bresnahan ........ JA1413

**VOLUME 5 OF 11**

Transcript of Jury Trial, Day 6, before
The Honorable Arenda L. Wright Allen
on July 15, 2025 ........ JA1442

Testimony of Andrew Amarillo:
Direct Exam (Resumed) by Mr. Bresnahan ........ JA1446
Cross Examination by Mr. Weiner ........ JA1512
Cross Examination by Mr. Connell ........ JA1575
Cross Examination by Mr. Miller ........ JA1585
Cross Examination by Mr. Johnson, Pro Se ........ JA1596

Testimony of Duvall Wiley:
Direct Examination by Mr. Hurt ........ JA1599
Voir Dire Examination by Mr. Weiner ........ JA1607
Direct Examination (Continued) by Mr. Hurt ........ JA1621

Transcript of Jury Trial, Day 7, before
The Honorable Arenda L. Wright Allen
on July 16, 2025 .......... JA1638

Testimony of Duvall Wiley:
Direct Exam (Resumed) by Mr. Hurt .......... JA1646
Cross Examination by Mr. Weiner .......... JA1711
Cross Examination by Mr. Connell .......... JA1771
Cross Examination by Mr. Miller .......... JA1779
Cross Examination by Mr. Johnson, Pro Se .......... JA1782

Testimony of Alexis Frey:
Direct Examination by Mr. Hurt .......... JA1791
Cross Examination by Mr. Johnson, Pro Se .......... JA1793
Redirect Examination by Mr. Hurt .......... JA1803
Recross Examination by Mr. Johnson, Pro Se .......... JA1807

**VOLUME 6 OF 11**

Transcript of Jury Trial, Day 8, before
The Honorable Arenda L. Wright Allen
on July 17, 2025 .......... JA1822

Testimony of Zach White:
Direct Examination by Mr. Hurt .......... JA1833
Cross Examination by Mr. Connell .......... JA1837
Cross Examination by Mr. Johnson, Pro Se .......... JA1839

Testimony of Paul Perry:
Direct Examination by Mr. Bresnahan .......... JA1853
Cross Examination by Mr. Johnson, Pro Se .......... JA1868

Testimony of Ervin Linares:
Direct Examination by Mr. Hurt .......... JA1887
Cross Examination by Mr. Weiner .......... JA1908
Cross Examination by Mr. Connell .......... JA1909
Cross Examination by Mr. Miller .......... JA1912
Redirect Examination by Mr. Hurt .......... JA1913

Testimony of Daviel Lucero:
Direct Examination by Mr. Bresnahan ........ JA1917
Cross Examination by Mr. Weiner ........ JA1939

Testimony of Kevin Deshazo:
Direct Examination by Mr. Bresnahan ........ JA1944
Cross Examination by Mr. Miller ........ JA1955

Testimony of Danielle Hartless:
Inquiry by Mr. Hurt ........ JA1961
Direct Examination by Mr. Hurt ........ JA1968
Cross Examination by Mr. Weiner ........ JA1977
Redirect Examination by Mr. Hurt ........ JA1987

Testimony of Laquita Carter:
Direct Examination by Mr. Bresnahan ........ JA1994
Cross Examination by Mr. Weiner ........ JA2011

Testimony of Camille Smith:
Inquiry by Mr. Hurt ........ JA2015
Direct Examination by Mr. Hurt ........ JA2020
Cross Examination by Mr. Weiner ........ JA2033
Cross Examination by Mr. Connell ........ JA2038
Redirect Examination by Mr. Hurt ........ JA2043

Testimony of Donald Fisher:
Direct Examination by Mr. Hurt ........ JA2047
Cross Examination by Mr. Weiner ........ JA2056
Cross Examination by Mr. Connell ........ JA2065

Transcript of Jury Trial, Day 9, before
The Honorable Arenda L. Wright Allen
on July 18, 2025 ........ JA2077

Testimony of Sara Shalowitz:
Direct Examination by Mr. Bresnahan ........ JA2081
Cross Examination by Mr. Weiner ........ JA2103
Cross Examination by Mr. Connell ........ JA2122

Testimony of David Mitchell:
Direct Examination by Mr. Bresnahan ............ JA2126
Cross Examination by Mr. Weiner ............ JA2157

**VOLUME 7 OF 11**

Transcript of Jury Trial, Day 10, before
The Honorable Arenda L. Wright Allen
on July 21, 2025 ............ JA2229

Testimony of David Mitchell (Resumed):
Redirect Examination by Mr. Bresnahan ............ JA2241
Recross Examination by Mr. Weiner ............ JA2278

Testimony of Daniel Beasley:
Direct Examination by Mr. Hurt ............ JA2308
Voir Dire Examination by Mr. Weiner ............ JA2312
Direct Examination (Continued) by Mr. Hurt ............ JA2315
Voir Dire Examination by Mr. Weiner ............ JA2333
Direct Examination (Continued) by Mr. Hurt ............ JA2336
Cross Examination by Mr. Weiner ............ JA2339
Cross Examination by Mr. Johnson, Pro Se ............ JA2343
Redirect Examination by Mr. Hurt ............ JA2345
Recross Examination by Mr. Weiner ............ JA2346

Testimony of Brad Smith:
Direct Examination by Mr. Hurt ............ JA2348
Voir Dire Examination by Mr. Weiner ............ JA2351
Direct Examination (Continued) by Mr. Hurt ............ JA2357

Testimony of Richard Westfall:
Direct Examination by Mr. Bresnahan ............ JA2362
Cross Examination by Mr. Weiner ............ JA2410
Cross Examination by Mr. Connell ............ JA2426
Cross Examination by Mr. Johnson, Pro Se ............ JA2435
Redirect Examination by Mr. Bresnahan ............ JA2441

Transcript of Jury Trial, Day 11, before
The Honorable Arenda L. Wright Allen
on July 22, 2025 .......... JA2452

Testimony of Jason Holsinger:
Direct Examination by Mr. Hurt .......... JA2460

Transcript of Jury Trial, Day 12, before
The Honorable Arenda L. Wright Allen
on July 23, 2025 .......... JA2561

Testimony of Jason Holsinger:
Direct Examination (Resumed) by Mr. Hurt .......... JA2569
Cross Examination by Mr. Weiner .......... JA2657
Cross Examination by Mr. Connell .......... JA2735

**VOLUME 8 OF 11**

Transcript of Jury Trial, Day 13, before
The Honorable Arenda L. Wright Allen
on July 24, 2025 .......... JA2772

Testimony of Jason Holsinger:
Cross Examination (Resumed) by Mr. Connell .......... JA2784
Cross Examination by Mr. Miller .......... JA2791
Cross Examination by Mr. Johnson, Pro Se .......... JA2807
Redirect Examination by Mr. Hurt .......... JA2834
Recross Examination by Mr. Weiner .......... JA2851
Recross Examination by Mr. Miller .......... JA2855

Transcript of Jury Trial, Day 14, before
The Honorable Arenda L. Wright Allen
on July 28, 2025 .......... JA3023

**VOLUME 9 OF 11**

Transcript of Jury Trial, Day 15, before
The Honorable Arenda L. Wright Allen
on July 29, 2025 .................................................................. JA3260

Transcript of Jury Trial, Day 16, before
The Honorable Arenda L. Wright Allen
on July 30, 2025 .................................................................. JA3351

Government's Trial Exhibits:

1. Lee Property Management Lease – 120 Dorothy Drive, Yorktown, VA ................................................................ JA3389

2. Photo – Driver's License, Camille Smith ................................ JA3400

10. Photo – Dilquon Best ........................................................ JA3401

260. Photo – Open Suitcase 5-12-2023 Terrance Vick Stop ............ JA3402

261. Photo – Marijuana in Clothing 5-12-2023 Terrance Vick Stop ................................................................ JA3403

262. Photo – Pound of Marijuana 5-12-2023 Terrance Vick Stop ................................................................ JA3404

263. Photo – Writing on Baggie Corner 5-12-2023 Terrance Vick Stop ................................................................ JA3405

264. Photo – Gelato Writing on Bag 5-12-2023 Terrance Vick Stop ................................................................ JA3406

265. Photo – Gelato Writing Large 5-12-2023 Terrance Vick Stop ................................................................ JA3407

266. Photo – All Marijuana from Stop 5-12-2023 Terrance Vick Stop ................................................................ JA3408

411. Transcript of Best calls 5-03-2023 @ 13:59 ............................ JA3409

412. Transcript of Best calls 5-04-2023 @ 9:06 ............................... JA3411

413. Transcript of Best calls 5-05-2023 @ 12:25 ............................. JA3414

414. Transcript of Best calls 5-05-2023 @ 14:38 ............................. JA3416

415. Transcript of Best calls 5-07-2023 @ 11:48 ............................. JA3417

416. Transcript of Best calls 5-10-2023 @ 09:20 ............................. JA3419

417. Transcript of Best calls 5-10-2023 @ 10:26 ............................. JA3420

418. Transcript of Best calls 5-12-2023 @ 16:23 ............................. JA3421

419. Transcript of Best calls 5-23-2023 @ 15:12 ............................. JA3422

420. Transcript of Best calls 5-23-2023 @ 23:33 ............................. JA3423

501. Photo – Dilquon Best Chevy 17757R Lux Auto ....................... JA3424

502. Photo – Dilquon Best, Terrance Vick Lux Auto ....................... JA3425

503. Photo – Dilquon Best Lambo Lux Auto ................................... JA3426

504. Photo – Dilquon Best Chevy 46380T Lux Auto ....................... JA3427

509. Photo – Dilquon Best Chevy 39094X Lux Auto ....................... JA3428

510. Photo – Kamani, Zuri, Dilquon, Freddie Lux Auto .................. JA3429

511. Photo – Dilquon Best Lux Auto FlvrClub ................................ JA3430

529. Photo – Dilquon Best, Keasean Morris Lux Auto ..................... JA3431

530. Photo – Freddie Gun Dilquon Clarey Lux Auto ....................... JA3432

564. Photo – Dilquon Lux Auto ....................................................... JA3433

1600. Chart – Total Deposits, Withdrawals and Transfers ................. JA3434

1601. Chart – Travel expenditures ........ JA3435

1602. Chart – Reeves Summary of Personal and Business Bank Accounts ........ JA3436

1603. Chart – Christina Thompson Personal Bank Accounts ........ JA3437

1604. Chart – Camille Smith Summary of Personal and Business Accounts ........ JA3438

1605. Chart – Dilquon Best Transactions ........ JA3439

1606. Chart – Cortez Bumphus Known Accounts ........ JA3440

1607. Chart – Kamani Johnson Personal and Business Accounts ........ JA3441

Verdict Form
filed July 30, 2025 ........ JA3442

Order Granting Defendant's Motion to Dismiss Count Two of the Amended Second Superseding Indictment
filed October 30, 2025 ........ JA3444

Government's Position on Sentencing Factors
filed February 6, 2025 ........ JA3452

Defendant's Position on Sentencing Factors
filed February 6, 2025 ........ JA3460

Exhibits:

1. Transcript of Camille Smith Testimony ........ JA3471

Inquiry by Mr. Hurt ........ JA3474
Direct Examination by Mr. Hurt ........ JA3479
Cross Examination by Mr. Weiner ........ JA3492
Cross Examination by Mr. Connell ........ JA3497
Redirect Examination by Mr. Hurt ........ JA3502

2. Government's Trial Exhibits 1600−1608 ........ JA3507

3. Dontae Dozier Financials ........ JA3516

4. Character Letters ........ JA3518

Transcript of Sentencing Hearing before
The Honorable Arenda L. Wright Allen
on February 13, 2026 ........ JA3539

Testimony of Jason Holsinger:
Direct Examination by Mr. Hurt........ 12
Cross Examination by Mr. Connell ........ 15

Defendant's Notice of Appeal
filed February 19, 2026 ........ JA3635

**VOLUME 10 OF 11 (MEDIA)***

Government's Trial Exhibits:

411. Best calls 5-03-2023 @ 13:59 ........ JA3637

412. Best calls 5-04-2023 @ 9:06 ........ JA3638

413. Best calls 5-05-2023 @ 12:25 ........ JA3639

414. Best calls 5-05-2023 @ 14:38 ........ JA3640

415. Best calls 5-07-2023 @ 11:48 ........ JA3641

416. Best calls 5-10-2023 @ 09:20 ........ JA3642

417. Best calls 5-10-2023 @ 10:26 ........ JA3643

418. Best calls 5-12-2023 @ 16:23 ........ JA3644

* Exhibits are in .wav and .avi file format. A virus detection program, VIPRE Endpoint Security Version 13.1.8510, was run on the electronic files on July 15, 2026 and no virus was detected.

419. Best calls 5-23-2023 @ 15:12 .................................................. JA3645

420. Best calls 5-23-2023 @ 23:33 .................................................. JA3646

554. Video – Best Morris suitcases 6/26/2023, 3:34:45 PM (UTC-4:00) ............................................................................ JA3647

**VOLUME 11 OF 11 – UNDER SEAL**

Presentence Investigation Report filed February 19, 2026 .......................................................................... JA3648

# GOVERNMENT EXHIBIT 411

Best calls 5-03-2023 @ 13:59

# GOVERNMENT EXHIBIT 412

Best calls 5-04-2023 @ 9:06

# GOVERNMENT EXHIBIT 413

Best calls 5-05-2023 @ 12:25

# GOVERNMENT EXHIBIT 414

Best calls 5-05-2023 @ 14:38

# GOVERNMENT EXHIBIT 415

Best calls 5-07-2023 @ 11:48

# GOVERNMENT EXHIBIT 416

Best calls 5-10-2023 @ 09:20

# GOVERNMENT EXHIBIT 417

Best calls 5-10-2023 @ 10:26

# GOVERNMENT EXHIBIT 418

Best calls 5-12-2023 @ 16:23

# GOVERNMENT EXHIBIT 419

Best calls 5-23-2023 @ 15:12

# GOVERNMENT EXHIBIT 420

Best calls 5-23-2023 @ 23:33

# GOVERNMENT EXHIBIT 554

Video – Best Morris suitcases 6/26/2023, 3:34:45 PM (UTC-4:00)